A97A0289. DENT et al. v. MEMORIAL HOSPITAL OF ADEL, INC.
(511 SE2d 259)

Beasley, Presiding Judge.

In *Dent v. Mem. Hosp. of Adel*, 227 Ga. App. 801 (490 SE2d 509) (1997), we affirmed the judgment of the trial court. The Supreme Court granted certiorari and reversed in *Dent v. Mem. Hosp. of Adel*, 270 Ga. 316 (509 SE2d 908) (1998). Accordingly, our judgment in this case is vacated, and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment reversed. McMurray, P. J., Andrews, Ruffin, Eldridge, Barnes, JJ., and Senior Appellate Judge Harold R. Banke concur.*

Decided January 28, 1999.

*Gray & Hedrick, William E. Gray II, Law Office of David Wm. Boone, Robert G. Ballard*, for appellants.

*Hall, Booth, Smith & Slover, John E. Hall, Jr., Thomas A. Graham*, for appellee.